**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: GOLIATH VENTURES BANKING LITIGATION** **MDL No. 3188**

(SEE ATTACHED SCHEDULE)

**ORDER DEEMING MOTION WITHDRAWN AND VACATING THE MAY 28, 2026 HEARING SESSION ORDER**

Before the Panel is a motion filed by plaintiffs Robby Steele and Eric Logwood seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings. Plaintiffs now seek to withdraw their Section 1407 motion. No responding party supports centralization.

IT IS THEREFORE ORDERED that the motion filed by plaintiffs Robby Steele and Eric Logwood for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 16, 2026, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Josh R. Bullock
Acting Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: GOLIATH VENTURES BANKING LITIGATION**

**MDL No. 3188**

## SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 4 | 26−02067 | Steele v. JP Morgan Chase Bank, N.A. |
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 26−21776 | Roshwald et al v. JPMorgan Chase Bank, N.A. et al |
| NEVADA | | | |
| NV | 2 | 26−00820 | Logwood v. Bank Of America, N.A. |